UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:19 CR 49 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| VERNON ROBINSON, | ) | REFERRAL TO U.S. PROBATION |
| | ) | OFFICE |
| Defendant | ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge William H. Baughman, Jr., regarding the change of plea hearing of Vernon Robinson, which was referred to the Magistrate Judge with the consent of the parties.

On January 29, 2019, the government filed a multi-defendant 95 count Indictment, charging Defendant Robinson, in counts 1, 47, 49-52, 55-56, 60, 62-63, 66, 69, 71, 73 with Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Cocaine, in violation of Title 21 U.S.C. 21§ 846 and Use of a Communication Facility in Furtherance of a Drug Trafficking Crime, in violation of Title 21 U.S.C. § 843(b) and 18:2. Defendant was arraigned on February 4, 2019, and entered a plea of not guilty to counts 1, 47, 49-52, 55-56, 60, 62-63, 66, 69, 71, 73 of the Indictment, before Magistrate Judge Limbert. On February 10, 2020 the government filed a Supplemental Information, charging Defendant Robinson with Conspiracy to Possess with the Intent to Distribute and to Distribute Cocaine and Possession with the Intent to Distribute Cocaine, in violation of Title 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(ii)(II), and 846, and Possession of Firearms in Furtherance of a Drug Trafficking Crime, in violation of Title 18 U.S.C. § 924(c)(1)(A). On February 12, 2020, Robinson was arraigned on the Supplemental Information charges and Magistrate Judge Baughman

received his plea of guilty to counts 1-3 of the Supplemental Information, and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Robinson is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Vernon Robinson is adjudged guilty to counts 1 through 3 of the Supplemental Information, in violation of Title 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(ii)(II), and 846, and Title 18 U.S.C. § 924(c)(1)(A). This matter was referred to the U. S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be on May 26, 2020, at 2:00 p.m. in Courtroom 17A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

March 5, 2020